Certificate Number: 06501-PAE-DE-033999215

Bankruptcy Case Number: 19-16596



06501-PAE-DE-033999215

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2020, at 9:21 o'clock AM CST, Kenneth Chonofsky completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 25, 2020

By:  /s/Carlo Skrupa

Name:  Carlo Skrupa

Title:  Program Manager